Susan Foley, Esq. SBN 234319
Law Offices of Susan Foley
1169 Chess Drive, Suite C
Foster City, CA 94404
Tel: (650) 345.2300

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SB, a minor, DAVID BURNETT AND MIRIAM BURNETT, DAVID BURNETT, as guardian ad litem for SB, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN MATEO FOSTER CITY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 16-cv-01789-EDL<br><br>[PROPOSED] ORDER PERMITTING TELEPHONE APPEARANCE OF PLAINTIFF'S COUNSEL AT CMC<br><br>DATE: 7/20/16<br>Time: 3:00 p.m.<br>Courtroom: E-15th Floor |

Having considered plaintiff's counsel's request for permission to appear via telephone at the Case Management Conference scheduled for July 20, 2016, at 3:00 p.m., the court finds good cause to allow Susan Foley, attorney for Plaintiffs, to appear via telephone. It is hereby ordered that Plaintiff's attorney may appear via telephone. Counsel to arrange appearance utilizing Courtcall.

Dated: July 11, 2016

by: _____
US Magistrate Judge, Elizabeth D. Laporte