UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BURNETT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAN MATEO FOSTER CITY SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 16-cv-01789-EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Following the Case Management Conference held on July 20, 2016, during which the parties agreed that this case can be resolved on summary judgment, the Court sets the following schedule:

- Plaintiff's Motion for Summary Judgment shall be filed by January 17, 2017;
- Defendant's combined Cross-Motion for Summary Judgment/Opposition shall be filed by January 31, 2017;
- Plaintiff's combined Cross-Opposition/Reply shall be filed by February 14, 2017;
- Defendant's Reply shall be filed by February 21, 2017; and
- A hearing on the cross-motions will be held on March 7, 2017 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 21, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge