Laurie E. Reynolds, SBN 148693
lreynolds@f3law.com
David R. Mishook, SBN 273555
dmishook@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for San Mateo-Foster City School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SB, a minor, DAVID BURNETT AND MIRIAM BURNETT, DAVID BURNETT, as guardian ad litem for SB, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN MATEO-FOSTER CITY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 3:16-cv-01789-EDL<br><br>**DEFENDANT SAN MATEO-FOSTER CITY SCHOOL DISTRICT'S NOTICE OF ERRATA TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     March 7, 2017<br>Time:    9:00 a.m.<br>Crtrm.:   E, 15th Floor<br><br>The Hon. Elizabeth D. Laporte<br><br>Trial Date:    None Set |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEY OF RECORD:

On January 31, 2017, Defendant San Mateo-Foster City School District ("District"), filed its joint Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment ("Motion"). (Doc. 29). In reviewing the filed motion, the District's attorney discovered he had neglected to date the motion and affix his electronic signature.

As such, the District files this Notice of Errata with the corrected signature page. The District apologizes for any inconvenience to Plaintiffs or the Court for this oversight.

/ / /

/ / /

DATED: February 1, 2017                FAGEN FRIEDMAN & FULFROST, LLP

By:  /s/ David R. Mishook
David R. Mishook
Attorneys for San Mateo-Foster City School District

00211-00243/3556444.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211