| | | |
|---|---|---|
| 1 | DATED: January 31, 2017 | FAGEN FRIEDMAN & FULFROST, LLP |

By:     /s/ David R. Mishook
David R. Mishook
Attorneys for San Mateo-Foster City School District

00211-00243/3556300.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

31     3:16-cv-01789-EDL
DEFENDANT'S CROSS-MSJ AND OPPOSITION TO PLAINTIFF'S MSJ